# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAY L. JIM,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>AITOR NARVAIZA, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:24-cv-00416-ART-CLB<br><br>**ORDER** |

According to the notice Plaintiff filed with the Court (ECF No. 7), he is no longer detained at Elko County Detention Center. Plaintiff has filed an updated address with this Court. (*Id.* at 1.) Therefore, the Court denies the applications to proceed *in forma pauperis* for prisoners (ECF Nos. 1, 5) as moot because Plaintiff is no longer in jail. The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner by **February 27, 2025**, or pay the full filing fee of $405.

For the foregoing reasons, it is ordered that Plaintiff's applications to proceed *in forma pauperis* for prisoners (ECF Nos. 1, 5) are denied as moot.

It is further ordered that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

It is further ordered that by **February 27, 2025**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $405.

It is further ordered that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

**DATED THIS** 28th day of January 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**