UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAY L. JIM, | Case No. 3:24-cv-00416-ART-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| AITOR NARVAIZA, et al., | |
| Defendants. | |

On January 28, 2025, the Court ordered Plaintiff to file either: (1) a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) the full filing fee of $405. (ECF No. 8.) The deadline to accomplish either of these things was February 27, 2025. (*Id.*) That deadline expired without any response from Plaintiff, so the Court dismissed this action without prejudice. (ECF No. 9 at 2–3.)

After the closure of this case, Plaintiff filed two notices with the Court requesting an update. (ECF Nos. 12, 14.) In his second notice, Plaintiff appears to state that he sent "another form to show [his] indigency" but the case was closed. (ECF No. 14.) Further, he claims that he never received anything from the Court stating why the case was closed. (*Id.*)

To provide Plaintiff some clarity, the Court orders the Clerk of the Court to send Plaintiff a courtesy copy of the docket sheet and the order dismissing and closing this case (ECF No. 9).

**DATED:** April 18, 2025

**UNITED STATES MAGISTRATE JUDGE**

1